# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| OPTUMRX, INC. as successor by merger to Catamaran Corporation, and OPTUMRX, INC. in its own right,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>Tiogo Drugs, Co.,<br>doing business s Tioga Drug,<br><br>　　　　　　　Respondent. | Case No. 23-cv-257 (SRN/LIB); and related cases 23-cv-258 (SRN/LIB), 23-cv-786 (SRN/LIB), 23-cv-787 (SRN/LIB), 23-cv-789 (SRN/LIB), 23-cv-790 (SRN/LIB), 23-cv-792 (SRN/LIB), 23-cv-796 (SRN/LIB), 23-cv-799 (SRN/LIB), 23-cv-801 (SRN/LIB), 23-cv-803 (SRN/LIB), 23-cv-806 (SRN/LIB), 23-cv-809 (SRN/LIB), 23-cv-813 (SRN/LIB), 23-cv-819 (SRN/LIB), 23-cv-821 (SRN/LIB), 23-cv-823 (SRN/LIB), 23-cv-764 (SRN/LIB), 23-cv-824 (SRN/LIB), 23-cv-788 (SRN/LIB), 23-cv-791 (SRN/LIB), 23-cv-793 (SRN/LIB), 23-cv-797 (SRN/LIB), 23-cv-798 (SRN/LIB), 23-cv-802 (SRN/LIB), 23-cv-804 (SRN/LIB), 23-cv-805 (SRN/LIB), 23-cv-808 (SRN/LIB), 23-cv-810 (SRN/LIB), 23-cv-811 (SRN/LIB), 23-cv-812 (SRN/LIB), 23-cv-814 (SRN/LIB), 23-cv-818 (SRN/LIB), 23-cv-820 (SRN/LIB), 23-cv-825 (SRN/LIB), 23-cv-828 (SRN/LIB), 23-cv-826 (SRN/LIB), 23-cv-827 (SRN/LIB), 23-cv-822 (SRN/LIB)<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Docket No. 21) Petitioner seeks dismissal without prejudice of all claims under Rule 41(a)(1)(A)(i). A voluntary dismissal is effective without Court order, but in this District an order is required to close the case.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's claims are **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Tuesday, January 23, 2024

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge